IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SAMUEL WONIEWALA,

          Plaintiff,

v.

MERCK & CO., INC., et al.,

          Defendants.

CIVIL ACTION
NO. 15-3089

**ORDER**

AND NOW, this 7th day of August 2017, upon consideration of Defendants' Motion for Partial Summary Judgment (Doc. No. 71), Plaintiff's Response in Opposition (Doc. No. 73), Defendants' Reply (Doc. No. 75), and in accordance with the Opinion issued this day, it is **ORDERED** that the Motion for Partial Summary Judgment (Doc. No. 71) is **DENIED WITHOUT PREJUDICE**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.