IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMUEL WONIEWALA,<br><br>              Plaintiff,<br>v.<br><br>MERCK & CO., INC., et al.,<br><br>              Defendants. | CIVIL ACTION<br>NO. 15-3089 |

## **ORDER**

**AND NOW**, this 13th day of September 2017, upon consideration of Defendants' Motion to Exclude the Opinions of Plaintiff's Causation Experts (Doc. No. 67), Plaintiff's Response in Opposition (Doc. No. 74), Defendants' Response in Support of the Motion (Doc. No. 76), and the arguments of counsel for the parties at the hearing held on May 10, 2017, it is **ORDERED** that Defendants' Motion (Doc. No. 67) is **DENIED**.

BY THE COURT:

*/s/ Joel Slomsky*
JOEL H. SLOMSKY, J.